

United States District Court
Eastern District of California



FILED
Aug 29, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

G & G Food, Inc.

Plaintiff(s)

Case Number: 1:22-cv-00269-ADA-BAM

V.

The Curry Pizza House Company, LLC

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel H. Bliss hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
G & G Food, Inc.

On 05/22/1987 (date), I was admitted to practice and presently in good standing in the Michigan Supreme Court (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/24/2022        Signature of Applicant: /s/ Daniel H. Bliss

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Daniel H. Bliss |
| Law Firm Name: | Howard & Howard Attorneys PLLC |
| Address: | 3800 Howard Hughes Pkwy. |
| | Suite 1000 |
| City: | Las Vegas   State: NV   Zip: 89169 |
| Phone Number w/Area Code: | (248) 885-1414 |
| City and State of Residence: | Las Vegas, Nevada |
| Primary E-mail Address: | dhb@h2law.com |
| Secondary E-mail Address: | dbliss@howardandhoward.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert L. Rosenthal |
| Law Firm Name: | Howard & Howard Attorneys PLLC |
| Address: | 3800 Howard Hughes Pkwy. |
| | Suite 1000 |
| City: | Las Vegas   State: NV   Zip: 89169 |
| Phone Number w/Area Code: | (702) 257-1483   Bar # 173047 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **August 29, 2022**         /s/ Barbara A. McAuliffe
                                                    JUDGE, U.S. DISTRICT COURT