WILLIAM K. NELSON (Ca. Bar No. 279450)
MARK D. MILLER (Ca. Bar. No. 116349)
SIERRA IP LAW, PC
7030 N. Fruit Ave., Ste. 110
Fresno, CA 93711
Telephone: (559) 436-3800

*Attorneys for Defendant and Counter-Plaintiff*
THE CURRY PIZZA COMPANY, LLC,
a California limited liability company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\* \* \*

| | |
|---|---|
| G&G FOOD, INC., d/b/a THE CURRY PIZZA HOUSE, a California corporation<br><br>*Plaintiff*,<br><br>v.<br><br>THE CURRY PIZZA COMPANY, LLC, a California limited liability company<br><br>*Defendant*.<br><br>THE CURRY PIZZA COMPANY, LLC, a California limited liability company<br><br>*Counter-Plaintiff,*<br><br>v.<br><br>G&G FOOD, INC., d/b/a THE CURRY PIZZA HOUSE, a California corporation<br><br>*Counter-Defendant*. | Case No. 1:22-cv-00269-ADA-BAM<br><br>**STIPULATION FOR FILING SECOND AMENDED ANSWER AND SECOND AMENDED COUNTERCLAIMS**<br><br>**AND ~~PROPOSED~~ ORDER**<br><br>**Complaint Filed: March 4, 2022**<br><br>**Trial Date: None** |

This Stipulation for Filing Second Amended Answer and Second Amended Counterclaims (the "Stipulation") is entered into by and between Plaintiff G&G FOOD, INC., ("G&G" or "Plaintiff") and Defendant THE CURRY PIZZA COMPANY, LLC ("TCPC" or "Defendant"), through their respective counsel, as follows:

1    WHEREAS, Plaintiff initiated this action by filing a complaint for trademark
2 infringement and unfair competition concerning Plaintiff's CURRY PIZZA HOUSE service
3 marks on March 4, 2022 (ECF 1);

4    WHEREAS, Defendant filed an answer and counterclaims on March 28, 2022 (ECF 4);

5    WHEREAS, Plaintiff filed a first motion to dismiss Count I of the Counterclaims on
6 April 18, 2022 (ECF 5);

7    WHEREAS, Defendant filed First Amended Counterclaims on May 5, 2022 (ECF 13);

8    WHEREAS, Plaintiff thereafter filed a second motion to dismiss Count I of the First
9 Amended Counterclaims (ECF 20) which motion is still pending; and

10    WHERAS, Plaintiff also filed a motion to strike Defendant's Answer on April 18, 2022
11 (ECF 6);

12    WHEREAS, Defendant filed a motion for leave to file a First Amended Answer on May
13 5, 2022 (ECF 12); and

14    WHEREAS, Defendant's motion for leave (ECF 12) was granted on July 17, 2023 (ECF
15 35).

16    WHEREAS, during the pendency of this action, Plaintiff obtained an additional U.S.
17 service mark registration No. 6990827 for the stylized mark CURRY PIZZA HOUSE ("the '827
18 Registration").

19    WHEREAS, Defendant wishes to file the proposed Second Amended Answer and
20 Second Amended Counterclaims attached hereto as **Exhibit A** and incorporated herein by this
21 reference, in which (a) Count I of the counterclaims has been amended to include the '827
22 Registration, (b) a new count for cancellation or restriction of the '827 Registration has been
23 added, and (c) no changes have been made with respect to the First Amended Answer.

24    WHEREAS, Plaintiff is willing to consent to the filing of the proposed amended pleading
25 (**Exhibit A**) without waiving its right to bring a motion to dismiss such pleading and/or
26 counterclaims in such pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure.

27    WHEREAS, good cause exists for the filing of the proposed amended pleading (**Exhibit**
28 **A**) in that:

- Rule 15(a)(2) of the Federal Rules of Civil Procedure, provides that "….a party may amend its pleadings only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."
- The '827 Registration did not exist at the time Defendant filed is previous counterclaims, so the proposed amended pleading (**Exhibit A**) could not have been filed at that time.
- The case is still in its early stages. No trial date has been set. No discovery has yet taken place. No scheduling conference has taken place, so no deadline for amending pleadings has been established.
- The interests of judicial economy and complete adjudication of all claims are served by allowing the proposed amended pleading.
- The proposed amended pleading is not proposed in bad faith, nor is it futile, but is designed to conserve the resources of both the Court and counsel in order to move the case forward.

NOW THEREFORE, it is hereby stipulated and agreed that Defendant shall be allowed to file the attached proposed amended pleading (**Exhibit A**), and that Plaintiff shall have fourteen (14) days from the date of such filing to respond to the Second Amended Counterclaims contained therein.

Dated:     November 9, 2023     **HOWARD & HOWARD ATTORNEYS PLLC**

By: _/Daniel H. Bliss/_
DANIEL H. BLISS
*Attorney for Plaintiff,*
G&G FOOD, INC.

Dated:     November 9, 2023     **SIERRA IP LAW, PC**
*A Professional Corporation*

By: _/Mark D. Miller/_
MARK D. MILLER
WILLIAM K. NELSON
*Attorneys for Defendant,*
THE CURRY PIZZA COMPANY, LLC

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefor:

1. The Stipulation of the parties is approved.
2. The Clerk of Court is directed to file the Second Amended Answer and Second Amended Counterclaims, attached to the Stipulation (**Exhibit A**).
3. Plaintiff shall have fourteen (14) days from the date of such filing to respond to the Second Amended Counterclaims.

IT IS SO ORDERED.

Dated:   **November 16, 2023**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE